**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WALSH BROTHERS, INC., Plaintiff | ) |
| v. | ) |
| COLONIAL SURETY COMPANY, Defendant | ) |

**NOTICE OF REMOVAL**

The Defendant Colonial Surety Company (the "Defendant"), by and through its attorneys, respectfully file this *Notice of Removal.* As grounds for this *Notice of Removal,* the Defendant states as follows.

1. The Defendant is named in the action entitled *Walsh Brothers, Inc. v. Colonial Surety Company*, Civil Action No. 13-4493-BLS, now pending in Suffolk Superior Court, Massachusetts.

2. In that action, the Plaintiff Walsh Brothers, Inc. ("Plaintiff") seeks to recover, among other things, amounts allegedly due under a performance bond for costs allegedly incurred by Plaintiff as a result of Defendant's principal's (non-party Iaccarino & Sons, Inc.'s) default on a subcontract for the furnishing and installation of certain architectural millwork at the Children's Hospital, Main Building Addition, 300 Longwood Avenue, Boston, Massachusetts. Plaintiff's demand, though not specified in the complaint, exceeds $75,000.00. Defendant denies any wrongdoing.

3. Plaintiff alleges that it is a corporation residing at 210 Commercial Street, Boston, Massachusetts.

4. Defendant is a Pennsylvania corporation with a principal place of business in New Jersey.

5. In light of Plaintiff's allegations, this Court has subject matter jurisdiction of this action based upon diversity, pursuant to 28 U.S.C. § 1332. Accordingly, Defendant is removing this action pursuant to 28 U.S.C. § 1446.

6. Defendant was served on December 26, 2013, so this Notice is timely pursuant to 28 U.S.C. § 1446.

7. No previous application for removal of this action has been made.

8. A copy of the pleadings filed in Suffolk Superior Court which are available to Defendant at this time are attached hereto as Exhibit A, and a copy of this *Notice of Removal* is being filed with the Suffolk Superior Court concomitantly herewith.

**Wherefore,** the Defendant Colonial Surety Company respectfully request that this action be entered upon the docket of this Court and, upon filing a copy of this *Notice of Removal* with the Suffolk Superior Court, that the Suffolk Superior Court shall proceed no further.

Respectfully submitted,

Colonial Surety Company
By its attorneys,

*/s/ Gary F. Sheldon*______

Gary F. Sheldon (BBO# 675241)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
One State Street, 14th Floor
Hartford, CT 06106
Phone: 860-522-5175
Fax: 860-522-2796
gsheldon@mdmc-law.com

Dated: January 21, 2014

**CERTIFICATE OF SERVICE**

This is to certify that on January 21, 2014, I served a copy of this document via first-class mail, postage prepaid upon:

Samuel M. "Tony" Starr
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

*/s/ Gary F. Sheldon*______
Gary F. Sheldon (BBO# 675241)